UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>Girishkumar Mistry, et al.,<br><br>        Defendant. | Case No 2:16-cv-00943-MCE-AC<br><br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against Girishkumar Mistry, Chetnabahen Mistry, Damyantiben Patel, and Hasmukhbhai Patel

The Court enters judgment against Defendants on the Complaint's claims in the amount of $15,430 (comprising $12,000 in statutory damages and $3,430 in attorney's fees and costs); Defendants are ordered to make changes and accommodations at the subject Property located at 27101 CA Highway 33, Newman, CA, in compliance with the Americans with Disabilities Act Accessibility Guidelines

January 30, 2018                                           MARIANNE MATHERLY, CLERK

                                                                                           By: /s/ R. Becknal, Deputy Clerk