# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 2:16-cv-00943-MCE-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION |
| v. | |
| **Girishkumar Mistry,** et al., | |
| Defendants. | |

## ORDER

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examinations RE: Enforcement of Judgment of Girishkumar Mistry and Damyantiben Patel, are continued to December 5, 2018 at 10:00 am in Courtroom 26, 6th floor, 501 I Street, Sacramento, CA 95814, CA.

IT IS SO ORDERED.

DATED: August 24, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE