UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 2:16-cv-00943-MCE-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR EXAMINATION |
| v. | |
| **Girishkumar Mistry,** et al., | Date: 3/6/19<br>Time: 10:00 am |
| Defendants. | Courtroom: 26 |

**ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examinations RE: Enforcement of Judgment of Girishkumar Mistry and Damyantiben Patel, are continued from 12/5/18 to 3/6/19 at 10:00 am in Courtroom 26, 6th floor, 501 I Street, Sacramento, CA 95814, CA.

IT IS SO ORDERED.

DATED: December 4, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

(Proposed) Order on request to continue Debtor Exam     -1-