UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case: 2:16-cv-00943-MCE-AC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER ON REQUEST TO VACATE DEBTOR EXAM** |
| **Girishkumar Mistry,** et al., | |
| Defendants. | Date: 3/6/19<br>Time: 10:00 am<br>Courtroom: 26 |

## ORDER

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exams for Girishkumar Mistry and Damyantiben Patel, scheduled for 3/6/19 are vacated.

Dated: February 27, 2019

_____
ALLISON CLAIRE
US MAGISTRATE JUDGE

(Proposed) Order on Request to Vacate Exam